IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:12cr177-MHT |
| | ) | (WO) |
| CHARLES GREGORY DUNN | ) | |

**ORDER**

During the status call on the record today, the government argued that, if released from the Bureau of Prisons, defendant Charles Gregory Dunn should be required to go through a 14-day quarantine period at the FCI-Coleman Low Federal Correctional Facility before release.  As the parties discussed on the call, the Coleman facility is in the midst of an extensive outbreak of COVID-19.  The court has concerns about whether such a quarantine can be safely accomplished at the Coleman facility given the defendant's health conditions, the apparent severity of the outbreak at the facility, the facility's possible limitations in terms of space and testing capacity, and the Bureau of Prisons' approach to quarantine.  *See United States v.*

*Scparta*, No. 18-CR-578 (AJN), 2020 WL 1910481, at *1 (S.D.N.Y. Apr. 20, 2020) (Nathan, J.) ("[T]he BOP has determined that Mr. Scparta must remain in custody during the peak of the pandemic for what it labels a '14-day quarantine'--but his current confinement is neither a quarantine nor limited to 14 days. In fact, following inquiries from this Court, the Government revealed that Mr. Scparta is housed with many other people in conditions that will inevitably permit the virus to spread.  Moreover, as of April 14, the BOP determined that Mr. Scparta's 14-day-clock must start over because one of the many people he is now housed with tested positive. Under the BOP's policy, if any one of the individuals in Mr. Scparta's unit, most of whom have also been approved for home confinement, tests positive, the 14-day waiting period for all inmates in the unit starts anew.").

Accordingly, it is ORDERED that, in the joint report to the court due on July 28, 2020, the parties shall address whether defendant Charles Gregory Dunn can be safely quarantined at the Coleman facility; if so, they shall describe in detail the conditions under which he shall be quarantined, and how the facility can ensure that he is not quarantined in proximity to other prisoners who may have undetected cases of COVID-19; and if not, they shall propose an alternative plan for quarantining defendant Dunn for 14 days after release.

DONE, this the 24th day of July, 2020.

                                /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE