IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )         3:12cr177-MHT
                            )             (WO)
CHARLES GREGORY DUNN        )
```

## ORDER

Based on representations made on the record on August 4, 2020, it is ORDERED that:

(1) On the first Monday in February of 2025 and 2030, and on each fifth year thereafter, the Probation Department is to file a report as to whether defendant Charles Gregory Dunn's lifetime term of supervised release should be terminated.

(2) By September 11, 2020, defense counsel is to arrange for a thorough mental-health evaluation of defendant Dunn and for that evaluation to be filed with the court under seal.  Defendant Dunn may use a computer or telephone connected to the internet as necessary for the evaluation.  After receipt of the evaluation, the court will determine what further steps

to take with regard to defendant Dunn's mental health, including counseling.

(3) Defendant Dunn is to have access to the internet and cable as permitted by his supervising probation officer.

(4) When it is no longer necessary for defendant Dunn to self-isolate because of the pandemic, his supervising probation officer shall make arrangements, to the extent reasonably possible, for him to stay busy during the day despite his disabilities.

(5) The court assumes that defendant Dunn has no objection to these modifications of his conditions of supervised release. However, if he does, he must notify the court within seven days of the date of this order.

DONE, this the 4th day of August, 2020.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE