IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:12cr177-MHT |
| | ) | (WO) |
| CHARLES GREGORY DUNN | ) | |

### ORDER

Upon consideration of the forensic evaluation (doc. no. 92), and based on the representations made on the record on September 14, 2020, by both defense counsel and the supervising probation officer that they do not recommend psychotherapy because defendant Charles Gregory Dunn appears to be doing well, it is ORDERED that the court will not impose a requirement that defendant Dunn receive therapy.

DONE, this the 16th day of September, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE