IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **3:12cr177-MHT** |
| | ) | **(WO)** |
| **CHARLES GREGORY DUNN** | ) | |

**ORDER**

This case is before the court on the recommendation of the supervising probation officer that the court terminate defendant Charles Gregory Dunn's supervision early based on his compliant supervision history, age, and serious health issues. *See* Status Report (Doc. 97). The probation officer reports that Dunn has complied with all terms of supervised release for the past five years, as well as all SORNA requirements. Dunn is 60 years old and suffers from severe health problems that require daily breathing treatments and limit his daily activities, but he has a stable source of income and strong support from his siblings. The government does not oppose early termination. Upon

consideration of the factors set forth in 18 U.S.C. §§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) and based on the representations stated above, the court finds that early termination "is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1).

Accordingly, it is ORDERED that defendant Charles Gregory Dunn's term of supervision is terminated, effective immediately, and he is discharged.

DONE, this the 5th day of November, 2025.

                                       /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE